IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EMILY WRING, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| v. | : | |
| | : | 1:15-cv-01313-RWS |
| DIVERSIFIED ADJUSTMENT SERVICE | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41 of the Federal Rules of Civil Procedure and stipulates that the above-captioned civil action be dismissed with prejudice.  This dismissal with prejudice is at the request of the aforementioned defendant and per agreement.

Respectfully submitted this the 29th day of October, 2015.

| | |
|---|---|
| | */s/ James M. Feagle* <br> James M. Feagle <br> Georgia Bar No. 256916 <br> SKAAR & FEAGLE, LLP <br> 2374 Main Street <br> Suite B <br> Telephone: 404.373.1970 <br> *Facsimile:* 404.601.1855 <br> *jfeagle@skaarandfeagle.com* <br> *Attorney for Plaintiff* |